UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Carpenters and Joiners Welfare Fund, Twin          Civil No. 3:94-78 (RHK)
City Carpenters Pension Fund, Twin City
Carpenters Apprenticeship Fund, Twin City
Carpenters Vacation Fund,

**ORDER**

          Plaintiffs,

vs.

Jerry Steele, Ed Steele Construction,
Second Generation, a Minnesota business
corporation,

          Defendants.

_____

Before the Court is Plaintiffs' Motion to Extend Judgment.  Plaintiffs have been

directed to furnish the Court with a memorandum in support of their Motion, but have

failed to comply.

Accordingly, the Motion to Extend Judgment is **STRICKEN** without prejudice to

refiling the same with a supporting memorandum.

Dated: August 9, 2005

                s/Richard H. Kyle
                RICHARD H. KYLE
                United States District Judge